1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 ROBERT RUIZ, JR., | Case No. 1:18-cv-00872-SAB |
| 12     Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS |
| 13     v. | |
| 14 COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 3) |
| 15     Defendant. | |

16

17    Plaintiff Robert Ruiz, Jr. filed a complaint on June 22, 2018, along with an application to

18 proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates

19 entitlement to proceed without prepayment of fees.

20    Plaintiff is hereby directed to paragraph 1 of the scheduling order to be issued in this

21 action, which directs that the summons and complaint shall be served **within 20 days of the**

22 **filing of the complaint.**  Plaintiff shall promptly file proof of service with the Court upon

23 completion of service.

24    Accordingly, IT IS HEREBY ORDERED THAT:

25    1.    Plaintiff's application to proceed in forma pauperis is GRANTED;

26    2.    The Clerk of Court is DIRECTED to issue a summons; and

27    / / /

28    / / /

1

1        3.      The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

Dated: **June 26, 2018**

_____
UNITED STATES MAGISTRATE JUDGE